FILED
 2006 Jul-11 PM 03:47
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELMORE COOK, JR., | ) |
| Plaintiff, | ) |
| vs. | ) 2:04-cv-02539-VEH-JEO |
| SHERIFF MIKE HALE, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 16, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

The Clerk is **DIRECTED** to mail a copy of this order to the plaintiff at the new address indicated for him in doc. 16.

**DATED**, this 11th day of July, 2006.

**VIRGINIA EMERSON HOPKINS**
United States District Judge